UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUESCHER, *et al.*,<br>　　　　　　　　　　　Plaintiffs,<br><br>-v-<br><br>BRENNTAG NORTH AMERICA, INC., *et al.*,<br>　　　　　　　　　　　Defendants. | Case No. 5:20-cv-00147-JMG |

**JOINT STATUS REPORT ON OUTCOME OF MEDIATION**

　　Plaintiffs Bryant Buescher, Clarence Iannine, Claressa Wallace, and Craig Cook ("Plaintiffs"), and Defendants Brenntag North America, Inc., Board of Directors of Brenntag North America, Inc., and Brenntag Investment and Oversight Committee ("Defendants," and with Plaintiffs, the "Parties"), by and through their undersigned attorneys, hereby submit this joint status report on the outcome of mediation pursuant to the Court's April 7, 2020 order.

　　On April 7, 2020, the Court granted the Parties' Joint Stipulated Motion for Stay Pending Mediation. The Court stayed the case through July 6, 2020, and ordered the Parties to submit a joint status report on the outcome of mediation by July 13, 2020.

　　On May 19, 2020, the Parties participated in a mediation session with David Geronemus, a neutral, third-party private mediator with experience mediating ERISA class actions. At the conclusion of the mediation session, the Parties reached an agreement in principle to settle the case on a class basis, subject to court approval. The Parties are negotiating the terms of the class action settlement agreement, and Plaintiffs are preparing their motion for preliminary approval of the settlement. The Parties expect that the settlement agreement will be finalized and Plaintiffs prepared to file their preliminary approval motion by August 21, 2020. The Parties therefore

1

request that the Court set August 21, 2020 as the deadline for Plaintiffs to file their motion for preliminary approval of the settlement.

Dated: July 13, 2020                                    Respectfully submitted,

*Mark K. Gyandoh*_____                       *Brian Ortelere*_____
Mark K. Gyandoh (PA Bar No. 88587)                      Jeremy P. Blumenfeld (PA Bar No. 85955)
CAPOZZI ADLER, P.C.                                     Brian Ortelere (PA Bar No. 46464)
312 Old Lancaster Rd                                    MORGAN, LEWIS & BOCKIUS, LLP
Merion Station, Pennsylvania 19066                      1701 Market Street
(610) 890-0200                                          Philadelphia, PA 19103
markg@capozziadler.com                                  Tel: (215) 963-5000
                                                        Fax: (215) 963-5001
Donald R. Reavey (PA Bar No. 82498)                     jeremy.blumenfeld@moganlewis.com
2933 North Front Street                                 brian.otelere@morganlewis.com
Harrisburg, Pennsylvania 17100
(717) 233-4101                                          *Counsel for Defendants*
donr@capozziadler.com

*Counsel for Plaintiffs and*
*the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020, I filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing upon all counsel of record:

Mark K. Gyandoh (PA Bar No. 88587)
CAPOZZI ADLER, P.C.
312 Old Lancaster Rd
Merion Station, Pennsylvania 19066
(610) 890-0200
markg@capozziadler.com

Donald R. Reavey (PA Bar No. 82498)
2933 North Front Street
Harrisburg, Pennsylvania 17100
(717) 233-4101
donr@capozziadler.com

*Counsel for Plaintiffs and
the Putative Class*

/S/ Mark K. Gyandoh
Mark K. Gyandoh

Jeremy P. Blumenfeld (PA Bar No. 85955)
Brian Ortelere (PA Bar No. 46464)
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jeremy.blumenfeld@moganlewis.com
brian.otelere@morganlewis.com

*Counsel for Defendants*