IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| BRYANT BUESCHER *et al.* : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil No. 5:20-cv-00147-JMG |
| : | |
| BRENNTAG NORTH AMERICA, INC. *et al.* : | |
| : | |
| Defendants. : | |

_____

**ORDER**

**AND NOW**, this 15th day of July, 2020, upon consideration of the parties' Joint Status Report on the Outcome of Mediation, ECF No. 24, **IT IS HEREBY ORDERED THAT:**

The Clerk of Court shall **LIFT** the stay imposed by this Court's order on April 7, 2020, *see* ECF No. 21; and

**On or before August 21, 2020**, Plaintiffs shall file their motion for preliminary approval of the settlement agreement.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge