UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUESCHER, ET AL.<br><br>                          Plaintiffs,<br><br>-v-<br><br>BRENNTAG NORTH AMERICA, INC., ET AL.<br><br><br>                          Defendants. | Case No. 5:20-cv-00147-JMG |

**ORDER**

Upon consideration of the Joint Stipulated Motion for Extension of Time for Plaintiffs to file Preliminary Approval Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

The Parties' Motion is granted.  Plaintiffs' deadline to file their Motion for Preliminary Approval is hereby extended from August 21, 2020, to September 21, 2020.


Dated: August 20, 2020                                            **BY THE COURT**:


                                                                                   /s/ John M. Gallagher
                                                                                  JOHN M. GALLAGHER
                                                                                  United States District Court Judge