UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYANT BUESCHER, CLARENCE IANNINE, CLARESSA WALLACE, and CRAIG COOK, individually and on behalf of all others similarly situated,<br><br>                   Plaintiffs,<br><br>    v.<br><br>BRENNTAG NORTH AMERICA, INC, BOARD OF DIRECTORS OF BRENNTAG NORTH AMERICA, INC., and BRENNTAG INVESTMENT AND OVERSIGHT COMMITTEE.<br>                   Defendants. | CIVIL ACTION NO.:<br>5:20-cv-00147 |

**PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Named Plaintiffs Bryant Buescher, Clarence Iannino,[1] Claressa Wallace, and Craig Cook, (collectively, "Plaintiffs"), participants in the Brenntag USA Profit Sharing Plan (the "Plan"), by and through their undersigned counsel, hereby respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

    1.    Granting final approval to the class action settlement in this action on the terms of the Class Action Settlement Agreement ("Settlement Agreement"), executed on September 21, 2020 and previously filed with the Court on September 21, 2020 (ECF No. 29-3);

    2.    Certifying the Class as defined in the Settlement Agreement;

---

[1] Plaintiff Iannino's last name is inadvertently misspelled in the caption as "Iannine."

3. Appointing Named Plaintiffs as Class Representatives and Plaintiffs' Counsel as Class Counsel under FED. R. CIV. P. 23(g);

4. Finding that the manner in which the Settlement Class was notified of the Settlement was the best practicable under the circumstances and adequately informed the Settlement Class members of the terms of the Settlement, how to lodge an objection and obtain additional information; and

5. For such other and further relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following papers filed contemporaneously herewith:

A. Memorandum in support of Plaintiffs' Final Approval of Class Action Settlement; and

B. Declarations of Plaintiffs' Counsel, the Named Plaintiffs, and the Settlement/Notice Administrator.

Attached hereto is the proposed Final Order and Judgment.

Dated:  July 9, 2021                                  Respectfully submitted,


**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Guandoh*
Mark K. Gyandoh (PA Bar No. 88587)
CAPOZZI ADLER, P.C.
Gabrielle Kelerchian (PA Bar No. 324248)
312 Old Lancaster Rd
Merion Station, Pennsylvania 19066
 (610) 890-0200
 markg@capozziadler.com
 Gabriellek@capozziadler.com

Donald R. Reavey (PA Bar No. 82498)
2933 North Front Street

Harrisburg, Pennsylvania 17100
(717) 233-4101
donr@capozziadler.com

Counsel for Plaintiffs and
the Putative Class

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2021 a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By: */s/ Mark K. Gyandoh*